```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                      Case No. 07-cr-132-PB

**Scott M. Annis**


### O R D E R


The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case, citing the need for additional time to negotiate a plea agreement or otherwise prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to April 1, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 20, 2007 final pretrial conference is continued to March 27, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 20, 2007

cc: Bjorn Lange, Esq.
Arnold Huftalen, AUSA
United States Probation
United States Marshal