**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                Case No. 08-cr-132-PB

<u>Scott Annis</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 2, 2008, citing the need for additional time to finalize a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 2, 2008 to January 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 19, 2009 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 24, 2008

cc: Bjorn Lange, Esq.
    Arnold Huftalen, Esq.
    United States Probation
    United States Marshal